**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NANCY GARWOOD,

    Plaintiff,

v.                                              Case No. 6:21-cv-2094-WWB-DCI

FIA LIQUIDATION COMPANY, INC.,

    Defendant.
_____

## ORDER

    THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal (Doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

    **DONE AND ORDERED** at Orlando, Florida on December 16, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record